IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY PITTS,**                                                                                    **PLAINTIFF**
**ADC #85938**

v.                              **5:13CV00124-KGB-JTK**

**LAUAR LEE MORGAN, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 7th day of August, 2013.

_____
Kristine G. Baker
United States District Judge